Anne E. Lyon v. James T. Murphy.— Motion to dismiss appeal granted, with ten dollars costs.

Mortitz L. Ernst and Others v. David Holzner.— Application denied, with ten dollars costs. Order signed.

Mutual Coal Company v. H. G. Realty Company.— Application granted. Order signed.

Armelia Furculi v. Edmund Bittiner.— Application denied, with ten dollars costs. Order signed.

The Equitable Trust Company v. Samuel H. Moss.— Application granted. Order signed.

In the Matter of C. Clarence Sichel v. Charles H. Stoddard.— Application denied, with ten dollars costs. Order signed.

Catheryn McMahon v. Isaac Schneer's Son & Company.— Motion denied, with ten dollars costs.

Christina Sherman v. Frederick W. Sherman.— Motion denied, with ten dollars costs.

Henry W. Mahar v. Harrington Park Villa Sites and Others.— Motion granted and question certified as stated in order.

Frank Gersten v. Hurtig & Seamon. (2 cases.) — Motions denied, with ten dollars costs.

James F. Mack v. Sanitary Fireproofing and Contracting Company and Others.— Motion denied, with ten dollars costs.

Louis Ettlinger v. Theodore Kruger.— Motion denied, with ten dollars costs.

Frank V. Pollock v. The Shubert Theatrical Company.— Motion denied, with ten dollars costs.

Charles P. Morrison and Others v. Hurtig & Seamon.— Motion denied, with ten dollars costs.

In the Matter of Leopold A. Meyer.— Motion denied, with ten dollars costs.

Mary Gorlitzer v. Betty Wolfberg, as Administratrix, etc.— Motion denied, without costs.

Marvin F. Butler v. Standard Milk Flour Company, Impleaded, etc.— Motion denied, with ten dollars costs.

Simon Anhalt v. James Burrell and Others.— Motion denied, with ten dollars costs. Order to be settled on notice.

The People of the State of New York ex rel. Schwarzschild & Sulzberger Company v. Irving Lehman, a Justice, etc.— Motion denied.

Walter H. Allen, Appellant, v. United Engineering and Contracting Company, Respondent.— Order affirmed, with costs. No opinion.

The People of the State of New York ex rel. Harry J. Murtha, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Catherine Benson, as Administratrix, etc., of Joseph Benson, Deceased, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion.